FILED
U.S. DISTRICT COURT
DISTRICT OF VERMONT
JULY 18, 2025

2:25-mc-109

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

**In the Matter of:**

**Firearms Policy for the United States Courthouses
Within the District of Vermont**

### GENERAL ORDER NO. 126

At the Court Security Committee meeting held on December 10, 2024, the Committee approved the following firearms policy to be enforced in the United States Courthouses within the District of Vermont:

1. **General Rule.** Except as otherwise provided in Section 3 hereof, no person (including any local, state, or federal law enforcement officer) other than the United States Marshal, Deputy United States Marshals, United States Probation Officers, Court Security Officers, Federal Protective Service Officers or Contract Guards, shall carry a weapon in the district's federal courthouses.

2. **Depositing of Weapons.** Except as otherwise provided herein or unless otherwise specifically authorized by the United States Marshal or his designee, all law enforcement officers shall deposit any weapon with the United States Marshals Service Court Security Officers gun lockers at the screening post immediately upon entering the courthouse or at the United States Marshals Service gun lockers located in the prisoner sallyport.

3. **Exceptions.** Any law enforcement officer may be authorized to carry firearms in the courthouse as follows:

    a) With the prior written approval of the United States Marshal, or their designee;

    b) When responding to an imminent or ongoing direct threat to the physical safety of another person, a violent breach of peace, or in the course of responding to a medical emergency where disarming will delay a response.

SO ORDERED.

Dated at Burlington, within the District of Vermont, this 17th day of July, 2025.

_____
Christina Reiss
Chief Judge